**FILED**
October 9, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Bobby Anderson, ) <br> ) <br> Defendant. ) | Case No. 2:08-mj-337 GGH <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  Bobby Anderson   Case 2:08-mj-337 GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_\_     Release on Personal Recognizance

_\_     Bail Posted in the Sum of _____   $2,500

 X     Unsecured bond in the amount of $50,000, ~~co-signed~~ by defendant's girlfriend.

_\_     Appearance Bond with 10% Deposit

_\_     Appearance Bond secured by Real Property

_\_     Corporate Surety Bail Bond

 X     (Other) Probation conditions/supervision;

Issued at  Sacramento, CA  on 10/9/08    at  4 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge